# Lee Litigation Group, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       212-465-1188
                       cklee@leelitigation.com

April 26, 2018

**VIA ECF**
The Honorable Paul S. Diamond, U.S.D.J.
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

        Re:   *Conner v. Vedge Restaurant Group, LLC*
              Case No. 18-CV-00194-PD

Dear Judge Diamond:

        We are counsel to Plaintiff in the above-referenced matter. We write, jointly with counsel to Defendant, to inform the Court that the parties have reached a contemplated settlement in principle.

        The parties respectfully request a stay of proceedings and for the Court to cancel all dates *sine die,* including, but not limited to, the preliminary pretrial conference currently scheduled for April 27, 2018 at 11:00 a.m.

        We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF