IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY CONNER, | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 18-194 |
| | : | |
| VEDGE RESTAURANT GROUP, LLC, | : | |
| Defendant. | : | |

### O R D E R

**AND NOW,** this 26th day of April, 2018, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

**BY:**   */s/ Richard C. Thieme*
         _____
         Richard C. Thieme
         Deputy Clerk

Civ 2 (8/2000)
41(b).frm